**FILED**
~~CHARLOTTE, NC~~

# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

JAN 1 5 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

)  Case No.   3:26-cv-57-KDB
)
)  *(to be filled in by the Clerk's Office)*
)
)
)
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
**-v-** )
)
)
)
)
)
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here.)* )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 11

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    JAMES CROWE

All other names by which
you have been known:    KAGE - Agent Zero - Biggz - Big James

ID Number    421377

Current Institution    Mecklenburg County Detention Center

Address    801 E. Fourth St.

Charlotte                NC              28202
*City*                        *State*            *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name    Aramark

Job or Title *(if known)*    Instrumentality of Mecklenburg County

Shield Number    N/A

Employer    Aramark - Mecklenburg County Sheriff's Office

Address    2400 Market St.

Philadelphia            PA            19103
*City*                        *State*            *Zip Code*

☑ Individual capacity        ☑ Official capacity

Defendant No. 2

Name    John J. Zillmer

Job or Title *(if known)*    C.E.O.

Shield Number    N/A

Employer    Aramark

Address    2400 Market St.

Philadelphia            PA            19103
*City*                        *State*            *Zip Code*

☑ Individual capacity        ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Jim Parangelo |
| Job or Title *(if known)* | C.F.O. |
| Shield Number | N/A |
| Employer | Aramark |
| Address | 2400 Market St. |
| | Philadelphia |

| City | State | Zip Code |
|---|---|---|
| Philadelphia | PA | 19103 |

☑ Individual capacity   ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | John/Jane Doe |
| Job or Title *(if known)* | C.O.O. |
| Shield Number | N/A |
| Employer | Aramark |
| Address | 2400 Market St. |
| | Philadelphia |

| City | State | Zip Code |
|---|---|---|
| Philadelphia | PA | 19103 |

☑ Individual capacity   ☑ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

U.S. Const. Art.I § 8 Cl. 3        Federal and Commercially regulated
U.S. Const. Amend. 8             Food Safety, Kitchen management, and ServeSafe
U.S. Const. Amend. 14           rules policies, and regulations - Nutritional safe
                                              and adequately prepared food - Basic Necessity of
                                                                                                          Life

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Aramark being a instrumentality of the county providing services to the Mecklenburg County Sheriffs Office, Aramark and its employees are state workers/employees servicing Mecklenburg County and can be held liable under Title 42 USC§1983.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)*    at one point had a prison hold

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

Beginning from February 2024 onto now at the submittance of this claim

C.      What date and approximate time did the events giving rise to your claim(s) occur?

December 27, 2023 onto now as an act of continued damages

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

There was and still is the act of arms-length transactions going on and there are custody officers working in the kitchen I would have the pod officers call but I would be denied to have my trays fixed and when submitting grievances I would receive lies and trays that would not pass serve safe nor Food Safety Inspections and this is also on the kiosk.

**V.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was made sick, lost weight due to eating contaminated trays. Blood work came back I contracted Hepititis A and was told the only way I can contract it is from ingestation of feces/fecal matter made bed ridden from the tray. Trays had cross contamination but the kitchen staff said there's no such thing. All of this plus what is on the

**VI.    Relief**

Attachment letter, I never had hepititis before. Ever. This also means Feces was mixed in my food.

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I seek an act of injunctive relief that there need to be proper training, supervising, and a change of levy on the Commissary prices. This include food prep. and distribution I am not the only one whose been made sick. I am currently housed above another who is sick. My trays now are currently being contaminated and messed with. I seek $75 million USD with another $275 million USD under the doctrine of respondeat superior. This is also for the continuous damages.

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Mecklenburg County Detention Center

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Nearly all of them.

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Electronic grievance system via Kiosk telecommunications files

2.   What did you claim in your grievance?

Too much to cover but they all can be printed off. on More 200 grievances on this alone.

3.   What was the result, if any?

Lies told in response and acts of retaliation. Targeting

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I appealed many of the grievances and many they would not allow me to appeal. Some were on request instead of grievances and sometimes I was given the response of "no comment."

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    I did both. I spoke with a captain named Yates, as well as a Captain McFarley, Capt. Dixon, Sgt. Lackey who is now a captain and multiple others. I even showed the grievances to multiple officials.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    I addressed the grievances to the Major, OPC, and kitchen manager

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
Plaintiff(s) _____
Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 10, 2026

Signature of Plaintiff _James Crowe_
Printed Name of Plaintiff JAMES CROWE
Prison Identification # 421377
Prison Address 801 E. 4th / Fourth St.
Charlotte     N.C.     28202
          *City*        *State*     *Zip Code*

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____

      *City*     *State*     *Zip Code*

Telephone Number _____
E-mail Address _____

The following names of preferred target defendant can be served at these following addresses:

1.) 2400 Market St.          2.) 701 E. Fourth St.
   Philadelphia, PA 19103       Charlotte, NC 28202

I wish to file under both their individual and official capacities. This is Front and Back.

1.) John/Jane Doe              2.) John/Jane Doe
Charlotte, N.C. Regional Manager    Charlotte, NC Hiring Manager

3.) John/Jane Doe              4.) Jane Doe
Charlotte, NC Training Officer      Head kitchen manager

5.) Brunson        6.) Greene         7.) Greene kitchen
Kitchen Manager    Kitchen Manager    Manager

8.) Jane Doe       9.) Jane Doe       10.) Jane Doe
Dietitian          Kitchen Worker     Kitchen Worker

11.) Jane Doe      12.) Jane Doe      13.) Jane Doe
Kitchen Worker     Kitchen Worker     Kitchen Worker

14.) John Doe      15.) John Doe      16.) John Doe
Kitchen Worker     Kitchen Worker     Kitchen Worker

17.) John Doe       18.) John Doe       19.) Jane Doe
     Kitchen Worker      Kitchen Worker     Kitchen Worker

20.) Jane Doe       21.) John Doe       22.) Jane Doe
     Kitchen Worker      Kitchen Worker     Kitchen Worker

23.) Cornelious            24.) Roberts
     Commissary/Property/      Commissary/Property/
     Finanance Manager         Finance Worker


25.) Jane Doe
     Commissary/Property/
     Finance Worker

Aramark is a private owned company that provides governmental services for propietary benefits and gain as an instrumentality. This is done so through the MCSO/ Mecklenburg County Sherrif's Office providing services to both MCSO and Mecklenburg County as well as Charlotte.

I have been made sick from eating the food trays. There were multiple accounts were I received raw chicken patties on my tray and when asked to replace the tray I was denied so.

I was on the religious diet and they took my diet for no reason. I signed up for the veggiterian diet. One day they stopped sending peanut butter and started sending eggs and eggs do not come on the veggiterian diet.

I received multiple trays that smelled like chemicals and they would not replace them. I lost 40 pounds of muscle and became bed ridden multiple times.

During Rahmadan I had pork sent on my tray. Pork is not even supposed to be in the kitchen nor on my tray. By policy pork is not distributed nor supposed to be distributed throughout the facility from the kitchen. This was in 2024.

More recently this took place. I recorded such on grievances and the facility cameras. This happened repeatively. Once an female officer held the tray up

to show what was on my tray. I did this my self while at the same time of submitting a grievance.

I received trays with barely anything on them; as well as trays that were smaller than everyone else's. I was told I was going on the Jane Fonda diet, and this is up to now as an act of continuing damages.

What I'm supposed to receive on my tray, I do not receive on my tray. I put this on the kiosk multiple time and showed the camera and received nothing but lies as the response.

Aramark has been committing the act of Highway robbery. Charging $1.20 for what should cost no more than .25 - .35 cents. (Ramen Noodles). This is not just for this item but all of its product that are sold. All of the products are sold at 300 and 400 percent its value and regulated commercial prices per item.

Indigent items are supposed to be free yet we are charged for the indigent items when we are not supposed to be. This is by both Federal and State law and policies.

My personal property was destroyed and returned to me in conditions I did not turn them over in. Brand new special fitted Nike boots, Nike tech Royal blue pants, Black thermal, and a Red, Black, and Green Kitokos shirt. Backwoods bookbag with other items

including my Nike tech jacket Royal Blue that go with the pants. This was December 25, 2023. On April 26, 2024 I received my property not in the condition I gave it over. Everything was damaged and destroyed. I have grievances on everything stated in this cover letter. that I seek to file my claim on.

- Thank You

All Rights Reserved

Date: January 10, 2026

P.S. Aramark is over all kitchen workers, Commissary, Finance, and Property. Aramark provides all food that is cooked, Commissary and/or Canteen that is sold, Resident Financing, pricing of item are under Aramarks. The kitchen and Commissary are two diffirent departments though. Under two different managers.